IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHAZ CUMMINGS,

     Appellant,

v.

    Case No.  5D22-2265
    LT Case No. 2018-102348-CFDL

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed June 23, 2023

Appeal from the Circuit Court
for Volusia County,
Dawn D. Nichols, Judge.

Matthew J. Metz, Public Defender,
and Robert J. Pearce, III, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

In this Anders[1] appeal, we affirm Chaz Cummings' judgment and sentence with one exception. The trial court erred in assessing investigative costs under section 938.27(1), Florida Statutes (2021), in the absence of a request from the State. See Richards v. State, 288 So. 3d 574, 577 (Fla. 2020) ("[T]he State must request investigative costs to make a defendant liable for those costs . . . ." (citation omitted)). We remand for the trial court to enter an amended judgment without including these investigative costs. In all other respects, we affirm. See State v. Dortch, 317 So. 3d 1074, 1084 (Fla. 2021) ("[T]here is no fundamental-error exception to the preservation requirement of [Florida Rule of Appellate Procedure] 9.140(b)(2)(A)(ii)(c).").

AFFIRMED; REMANDED with instructions.

JAY, HARRIS and MACIVER, JJ., concur.

---

[1] Anders v. California, 386 U.S. 738 (1967).

2